# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RICHARD A. KALINOWSKI,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 08-14-MJR |
| | ) | |
| **ILLINOIS CENTRAL MANAGEMENT SERVICES,** *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff, a prisoner proceeding pro se, filed a civil case pursuant to 42 U.S.C. § 1983 together with a motion to proceed *in forma pauperis* (Doc. 2). On May 12, 2008, the Court issued an Order (Doc. 13) denying Plaintiff's motion to proceed *in forma pauperis* because Plaintiff had "3 strikes" and the complaint did not allege that Plaintiff was "under imminent danger of serious physical injury" at the time he filed the complaint. *See* 28 U.S.C. § 1915(g). Plaintiff was directed to pay the full $350 filing fee within fifteen days. Plaintiff was warned that if he failed to pay the filing fee as directed, the complaint would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

More than fifteen days have passed and Plaintiff still has not paid the $350 filing fee as previously directed by this Court. Therefore, Plaintiff's complaint is **DISMISSED,** without prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED TO CLOSE THIS CASE.**

**IT IS SO ORDERED.**

**DATED this 4th day of June, 2008.**

                                                **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**